Lloyd George MAXWELL, Sr., on behalf of Lloyd Maxwell, Jr., Petitioner–Appellant,

v.

**WARDEN, WICOMICO COUNTY DETENTION CENTER,** Respondent–Appellee.

No. 01–6477.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Lloyd George Maxwell, Sr., pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Lloyd Maxwell, Sr., a federal inmate, appeals the district court's order dismissing without prejudice the 28 U.S.C. § 2241 (1994) petition he filed on behalf of his son. We have reviewed the record and the dis-

trict court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Maxwell v. Warden, Wicomico County Det. Ctr.,* No. CA–01–428–L (D. Md. filed Feb. 26, 2001; entered Feb. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*